IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CARL H. SPEAR,**
**NADJA ROBLES, f/k/a**
**NADJA R. SPEAR, and**
**FIRST CITY BANK**
**OF FLORIDA,**

    **Plaintiffs,**

v.                                        CASE NO.  3:12-cv-231-MW/CJK

**OLD REPUBLIC NATIONAL**
**TITLE,**

    **Defendant.**

_____/

### ORDER GRANTING MOTION TO EXTEND DEADLINE TO MEDIATE

This Court has considered, without hearing, the Joint Motion to Extend the Deadline to Conduct Mediation, ECF No. 86, filed May 14, 2014.  The motion is **GRANTED**.   The parties shall mediate on or before **June 3, 2014**.

**SO ORDERED on May 15, 2014.**

                                                      s/Mark E. Walker
                                                      **United States District Judge**